IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY CAMPBELL,

        Plaintiff,                    No. CIV S-06-1135 GEB EFB P

    vs.

G. BORGES,

        Defendant.            <u>ORDER</u>

_____/

        On September 22, 2006, plaintiff filed a request for entry of default.  Service of process on defendant was effected by Waiver of Service of Summons mailed by the U.S. Marshal on August 2, 2006.  Accordingly, pursuant to Fed. R. Civ. P. 4(d)(3), defendant had sixty days from August 2, 2006 in which to file a responsive pleading.  On October 2, 2006, defendant filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b) and 12(b)(6).  Therefore, defendant timely appeared in this action and plaintiff's request for entry of default is denied.

        Local Rule 78-230(m) provides in part that: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On July 31, 2006, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may

1  be deemed a waiver of opposition to the motion.

2       Local Rule 11-110 provides that failure to comply with the Local Rules "may be
3  grounds for imposition of any and all sanctions authorized by statute or Rule or within the
4  inherent power of the Court." In the order filed July 31, 2006, plaintiff was advised that failure
5  to comply with the Local Rules may result in a recommendation that the action be dismissed.

6       Good cause appearing, IT IS HEREBY ORDERED that:

7       1. Plaintiff's September 22, 2006, request for entry of default is denied; and

8       2. Within twenty days of the date of this order, plaintiff shall file an opposition to
9  the motion to dismiss or a statement of non-opposition. Failure to comply with this order will
10 result in a recommendation that this action be dismissed pursuant Federal Rule of Civil
11 Procedure 41(b).

12 DATED: November 13, 2006.

                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE